

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ**
Cross-Appellee/Appellant

v.

Lydia **RODRIGUEZ** and Robert Pereida
Cross-Appellants/Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On June 3, 2021, the trial court clerk filed a notification of late record, notifying this court that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record based on the recalculated, corrected costs.

It is therefore **ORDERED** that appellant Leticia Rodriguez provide proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.

It is further **ORDERED** that the clerk's record must be filed no later than ten (10) days after the date appellant's written proofs are filed with this court. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2021.



MICHAEL A. CRUZ, Clerk of Court